## Binkowski, Appellant, *v.* Highway Truck Drivers and Helpers, Local 107.

Argued April 18, 1957. Before JONES, C. J., CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Herbert K. Fisher,* for appellant.

*John Rogers Carroll,* with him *McBride, von Moschzisker & Bradley,* for appellee.

OPINION PER CURIAM, May 27, 1957:

The order in this case denying the motion to take off the nonsuit entered at the trial is affirmed on the per curiam opinion of Court of Common Pleas No. 7 of Philadelphia County, reported at 8 D. & C. 2d 254.